UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PIONEER SURGICAL TECHNOLOGY, INC.,

    Plaintiff,

v().                                             Case No. 2:10-cv-251
                                              HON. GORDON J. QUIST

VIKINGCRAFT SPINE, INC., et al.,

    Defendants.
_____/

## ORDER

In accordance with the Opinion issued herewith,

IT IS HEREBY ORDERED that defendants' Motion to Transfer Venue (Docket #6) is GRANTED and this case shall be transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

                                                 /s/ Timothy P. Greeley
                                                TIMOTHY P. GREELEY
                                                UNITED STATES MAGISTRATE JUDGE

Dated:   January 7, 2011