Alexander S. Polsky, Esq.
JAMS
707 Wilshire Blvd., 46th Floor
Los Angeles, CA 90017
Telephone: (213) 620-1133
Fax No.: (213) 620-5787

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pioneer Surgical Technology, Inc.<br><br>　　　　　　　　　　　　Plaintiff(s)<br>　　　v.<br>Vikingcraft Spine, Inc.<br><br>　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>11-CV-00198-MMM-CW<br><br>**ATTORNEY SETTLEMENT OFFICER PROCEEDING REPORT** |

☐ A settlement proceeding was held on ____December 1, 2011____ and the results of that proceeding are indicated below:

1. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer attended and participated in the proceeding, and each possessed the requisite settlement authority:

   ☑ All individual parties and their respective trial counsel.

   ☐ Designated corporate representatives.

   ☐ Representatives of the party's insurer.

2. The following individuals, parties, corporate representatives, and/or representatives of the party's insurer failed to appear and/or participate as ordered:

   N/A

☐ A settlement proceeding did not take place because the case settled before the proceeding occurred.
   N/A

3. The outcome of the proceeding was:

☑ **The case has been completely settled.** Immediately after the conclusion of the settlement proceeding, the attorney settlement officer advised the parties to notify the trial judge's deputy courtroom clerk of the fact of settlement and to promptly file documents regarding the final disposition of the case.

☐ **The case has been partially resolved** and the attorney settlement officer has advised the parties to file a joint stipulation regarding those claims which have been resolved. The following issues remain for this Court to resolve:

☐ **The proceeding was continued** with the consent of all parties and counsel. The rescheduled proceeding will be held on a date certain not later than the time requirements set forth in Local Rule 16-15.2. Any continuance beyond that time must be approved by the trial judge. Attorney Settlement Officer Proceeding Reports will be filed after additional proceedings are complete.

☐ **The parties are unable to reach an agreement at this time.**

Dated: 12-2-2011

_Alex A. Polsky_
Signature of Attorney Settlement Officer

Alexander S. Polsky
Name of Attorney Settlement Officer

707 Wilshire Blvd., 46th Floor
Mailing Address

Los Angeles, CA 90017
City, State and Zip Code

(213) 620-1133
Telephone Number

The Attorney Settlement Officer to electronically file original document: